UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Petar Ljekocevic and Ljeza Ljekocevic,

    Plaintiffs,

v.                                            Case No. 11-14403
                                            Honorable Sean F. Cox

Citimortgage and Federal Home Loan
Mortgage Corp.,

    Defendants.
_____/

## **ORDER**

      Plaintiffs brought this consumer lending action against Defendants on October 6, 2011. Thereafter, Defendants filed a Motion for Summary Judgment (Docket Entry No. 11), which this Court referred to Magistrate Judge Mark A. Randon for issuance of a report and recommendation ("R&R").

      On September 25, 2012, Magistrate Judge Randon issued his R&R, wherein he recommends that the Court grant the motion and dismiss this action. (Docket Entry No. 18).

      Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R. "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

      The time for filing objections to the R&R has expired and the docket reflects that no

1

party has filed objections to the R&R.

The Court hereby ADOPTS the September 25, 2012 R&R. IT IS ORDERED that Defendants' Motion for Summary Judgment is GRANTED and this action shall be DISMISSED.

IT IS SO ORDERED.

                                                  S/Sean F. Cox
                                                  Sean F. Cox
                                                  United States District Judge

Dated: October 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 31, 2012, by electronic and/or ordinary mail.

                                                  S/Jennifer McCoy
                                                  Case Manager